UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARCOS CALCANO, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                Plaintiffs,

                v.

RIVERSIDEFM, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-7519

**NOTICE OF VOLUNTARY
DISMISSAL**

Plaintiff(s), MARCOS CALCANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant,

RIVERSIDEFM, INC., with prejudice and without fees and costs.

Dated: New York, New York
       March 7, 2025

                        **GOTTLIEB & ASSOCIATES PLLC**

                        */s/Michael A. LaBollita, Esq.*

                        Michael A. LaBollita, Esq., (ML-9985)
                        150 East 18th Street, Suite PHR
                        New York, NY 10003
                        Phone: (212) 228-9795
                        Fax: (212) 982-6284
                        Michael@Gottlieb.legal

                        *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge